FILED
2025 Dec-17 PM 04:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACOB DAVID COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-1745-GMB |
| | ) | |
| TROY LAMONTE WHITFIELD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PROTECTIVE ORDER**

For good cause and without opposition, it is ORDERED that the Motion for Protective Order (Doc. 29) is GRANTED. It is further ORDERED that Progressive Mountain Insurance Company shall produce any and all documents that are responsive to the subpoena issued by the defendants in this case. Progressive may, however, withhold from production any documents that disclose "privileged or other protected matter" under Federal Rule of Civil Procedure 45(d)(3)(A)(iii)–(iv).

DONE and ORDERED on December 17, 2025.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE